**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUSTIN BONTRAGER,**<br><br>                              Plaintiff,<br><br>v.<br><br>**TAKE YOU ON VACATION, LLC,**<br><br>                              Defendants. | Case No: 2:14-CV-00800-JAM-CKD<br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. JOHN A. MENDEZ** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.

IT IS SO ORDERED.


Dated: 11/20/2014         /s/ John A. Mendez_____
                          HON. JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE